# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

RONNIE JONES and MELECIO ARCIOSA, individually and on behalf of all others similarly situated,

v.

FORESIGHT MANAGEMENT SERVICES, LLC and JEREMY GRIMES.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**CV 08 0938 JL**

TO: (Name and address of defendant)

Jeremy Grimes
3 Crow Canyon Court
San Ramon, California 94583

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alan Harris
Harris & Ruble
5455 Wilshire Boulevard, Suite 1800
Los Angeles, California 90069

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE FEB 1 4 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 2/19/08 |
| Name of SERVER: Roderick Thompson | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Sub-Service-Individual-Left copies with Donna Pritchard, person in charge of office. Copies were also mailed.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | Today Serve | $97.25 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-22-08
Date

Signature of Server: Roderick Thom[pson]

Address of Server: 504 Redwood Blvd #223
Novato CA, 94947

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| David S. Harris, 215224<br>NORTH BAY LAW GROUP<br>901 IRWIN ST<br>SAN RAFAEL, CA 94901-3317 | (415) 460-5300 | |
| | Ref. No. or File No.<br>Foresight Mgmt Services | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Jones, et al.

DEFENDANT:

Foresight Management Services, LLC., et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 08-00938 JL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint, Civil Case Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines, Enclosure letter

2. Party Served:        Jermey Grimes

3. Person Served:       party in item 2

a. Left with:           Donna Prichard, Office Manager- Person in Charge of Office

4. Date & Time of Delivery:    2/19/2008          10:34 AM

5. Address, City and State:    3 Crow Canyon Rd.
                               San Ramon, CA 94583

6. Manner of Service:   By leaving the copies with or in the presence of Donna Prichard, Office Manager, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

97.25

Registered California process server.
County: ALAMEDA
Registration No.:746

Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 2/20/2008 at Oakland, California.

Signature: _Roderick Thompson_
                  Roderick Thompson

FF# 6657004

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): David S. Harris, 215224 NORTH BAY LAW GROUP 901 IRWIN ST SAN RAFAEL, CA 94901-3317 ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.: (415) 460-5300 Ref. No. or File No.: Foresight Mgmt Services | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court, judicial district or branch court, if any: United States District Court 450 Golden Gate Avenue San Francisco, CA 94102-3483 | | |
| PLAINTIFF: Jones, et al. | | |
| DEFENDANT: Foresight Management Services, LLC., et al. | | |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: C 08-00938 JL |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 2/19/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Summons, Complaint, Civil Case Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines, Enclosure letter

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

Jarmey Grimes.
3 Crow Canyon Rd.
San Ramon, CA 94583

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

97.25

Lee Major
Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 2/20/2008 at Oakland, California.

*Lee Major*

Lee Major

FF# 6657004