1  Robert M. Pattison (State Bar No. 103528)
   JACKSON LEWIS LLP
2  199 Fremont Street, 10th Floor
   San Francisco, CA 94105
3  Telephone: (415) 394-9400
   Facsimile: (415) 394-9401
4
   Attorneys for Defendants
5  FORESIGHT MANAGEMENT SERVICES, LLC
   and JEREMY GRIMES
6
   Alan Harris (State Bar No. 146079)
7  David Zelenski (State Bar No. 231768)
   HARRIS & RUBLE
8  5455 Wilshire Boulevard, Suite 1800
   Los Angeles, CA 90036
9  Telephone: (323) 931-3777
   Facsimile: (323) 931-3366
10
   Attorneys for Plaintiffs
11 RONNIE JONES and MELECIO ARCIOSA

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15 | RONNIE JONES and MELECIO ARCIOSA, | Case No. CV-08-0938 JL
   | individually and on behalf of all others similarly |
16 | situated, | **CLASS ACTION**
17 | Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO COMPLAINT**
18 | v. |
19 | FORESIGHT MANAGEMENT SERVICES, |
   | LLC and JEREMY GRIMES, | Complaint Filed: February 14, 2008
20 | | Trial Date: None Set
21 | Defendants. |

22

23   Plaintiffs RONNIE JONES and MELECIO ARCIOSA ("Plaintiffs") and Defendants
24 FORESIGHT MANAGEMENT SERVICES, LLC and JEREMY GRIMES ("Defendants"),
25 through their respective attorneys of record, hereby stipulate that Defendants' time to file a
26 responsive pleading to Plaintiff's Complaint is extended from March 5, 2008 up to and including
27 March 20, 2008.
28 / / /

1 | Dated: March 6, 2008           JACKSON LEWIS LLP
2
3                                  By: /s/ Robert M. Pattison
4                                      ROBERT M. PATTISON

5                                  Attorneys for Defendants
                                   FORESIGHT MANAGEMENT SERVICES,
6                                  LLC and JEREMY GRIMES

7 | Dated: March __, 2008           HARRIS & RUBLE
8
9                                  By: _____
                                       ALAN HARRIS
10                                     DAVID ZELENSKI

11                                 Attorneys for Plaintiffs
                                   RONNIE JONES and MELECIO ARCIOSA

2

STIPULATION EXTENDING TIME FOR DEFENDANTS
TO FILE RESPONSIVE PLEADING TO COMPLAINT          Case No. CV 08 0938 JL

1 | responsive pleading to Plaintiff's Complaint is extended from March 5, 2008 up to and including
2 | March 20, 2008.

3 | Dated: March 5, 2008                JACKSON LEWIS LLP

5 |                                      By: _____
                                              ROBERT M. PATTISON

                                       Attorneys for Defendants
7 |                                    FORESIGHT MANAGEMENT SERVICES,
                                       LLC and JEREMY GRIMES

9 | Dated: March __, 2008              HARRIS & RUBLE

11 |                                    By: _____
                                              ALAN HARRIS
12 |                                           DAVID ZELENSKI

                                       Attorneys for Plaintiffs
13 |                                    RONNIE JONES and MELECIO ARCIOSA