1   Robert M. Pattison (State Bar No. 103528)
    Anne V. Leinfelder (State Bar No. 230272)
2   JACKSON LEWIS LLP
    199 Fremont Street, 10th Floor
3   San Francisco, California  94105
    Telephone:  (415) 394-9400
4   Facsimile:  (415) 394-9401

5   Attorneys for Defendant
    FORESIGHT MANAGEMENT SERVICES,
6   LLC and JEREMY GRIMES

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

| 11  RONNIE JONES and MELECIO ARCIOSA, individually and on behalf of all others similarly | Case No. CV-08-0939JL |
|---|---|
| 12  situated, | **CERTIFICATE OF INTERESTED ENTITIES [Civil Local Rule 3-16]** |
| 13           Plaintiffs, | |
| 14      v. | Complaint Filed:  2/14/2008 Trial Date:      None Set |
| 15  FORESIGHT MANAGEMENT SERVICES, LLC and JEREMY GRIMES, | |
| 16 | |
| 17           Defendants. | |

18

19   TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

20   DISTRICT OF CALIFORNIA AND PLAINTIFFS' ATTORNEY HEREIN:

21           PLEASE TAKE NOTICE that pursuant to Civil Local Rule 3-16, Defendant

22   FORESIGHT MANAGEMENT SERVICES, LLC certifies that the following listed persons,

23   associations of persons, firms, partnerships, corporations, or other entities, (i) have a financial

24   interest in the subject matter in controversy, or in a party to the proceeding, or (ii) have a non-

25   financial interest in that subject matter or in a party that could be substantially affected by the

26   outcome of the proceeding:

27   / / /

28   / / /

                                             1

1     (a)    Foresight Management Services, LLC;

2     (b)    Merdian Health Services Holdings Corporation, a California corporation;

3          and

4     (c)    Jeremy Grimes.

5   Dated:  March 21, 2008          JACKSON LEWIS LLP

By: _____
Robert M. Pattison
Anne V. Leinfelder
Attorneys for Defendants
FORESIGHT MANAGEMENT SERVICES,
LLC and JEREMY GRIMES

Foresight Management Services LLC\Jones, Ronnie (121595)\Pleadings\20080321 Certificate of Interested Entities.doc  March 21, 2008

2

CERTIFICATE OF INTERESTED ENTITIES
[Civil Local Rule 3-16]          Case No.  CV-08-0938 JL