1  Robert M. Pattison (State Bar No. 103528)
   Anne V. Leinfelder (State Bar No. 230272)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  Attorneys for Defendants
   FORESIGHT MANAGEMENT SERVICES,
6  LLC and JEREMY GRIMES

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | RONNIE JONES and MELECIO ARCIOSA, individually and on behalf of all others similarly situated, | Case No. CV-08-0938JL |
|----|---|---|
| 12 | | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| 13 | Plaintiffs, | |
| 14 | v. | Complaint Filed: 2/14/2008 |
| 15 | FORESIGHT MANAGEMENT SERVICES, LLC and JEREMY GRIMES, | Trial Date: None Set |
| 16 | | |
| 17 | Defendants. | |

18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals of the Ninth Circuit.

Dated: May 13, 2008

JACKSON LEWIS LLP

By: /s/ Robert M. Pattison
Robert M. Pattison
Anne V. Leinfelder
Attorneys for Defendants
FORESIGHT MANAGEMENT SERVICES, LLC and JEREMY GRIMES

H:\F\Foresight Management Services-Jones (Kauf) (121595)\Jones, Ronnie (121595)\Pleadings\20080513 Consent to Proceed Before a United States Magistrate Judge.doc