**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
_____

www.cand.uscourts.gov

Honorable James Larson                                                                                              Chambers
US Magistrate Judge                                                                                               415.522-2112


May 13, 2008



Alan Dale Harris
Harris & Ruble
5455 Wilshire Boulevard
Suite 800
Los Angeles, CA 90036


      Re:    Ronnie Jones, et al., v. Foresight Management Services, et al.,
               U.S. District Court Case No. C 08-0938 JL


Dear Mr. Harris:


      At the time that you filed your first pleading in this case, you should have been notified that the matter had been assigned to the undersigned magistrate judge for all purposes including trial. You should have received a form stating that the magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

      You should have been notified that you had the right to have the case reassigned to a United States District Court judge for trial and disposition if you wish, or to consent to the jurisdiction of this Court. You should have received a form in two parts, the top part consenting to assignment of your case to a United States Magistrate Judge; and the second part declining to consent to the assignment to a magistrate judge and requesting reassignment to a United States District Court Judge.

      We have not received a signed form from you. Two forms are enclosed, the consent form and the request for reassignment. If you wish to have the matter reassigned to a District Court Judge, then you should sign the appropriate request. You are free to withhold consent to this Court and request reassignment to a district judge without any adverse consequences.

    Please sign and return *one* of the enclosed forms as soon as possible. If we do not hear from you by **Friday, May 16, 2008** we will request reassignment of your case to a United States District Court Judge.

    Thank you.

                                               Very truly yours,

                                               James Larson
                                             Chief Magistrate Judge

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10
11  RONNIE JONES, ET AL.,                           No. C 08-0938 JL
12          Plaintiffs,
13      v.                                          REQUEST FOR REASSIGNMENT TO
                                                    A UNITED STATES DISTRICT JUDGE
14  FORESIGHT MANAGEMENT                            FOR TRIAL AND DISPOSITION
    SERVICES, ET AL.,
15
16          Defendants.
    _____/
17
         The undersigned party hereby declines to consent to the assignment of this case to
18
    a United States Magistrate Judge for trial and disposition and hereby requests the
19
    reassignment of this case to a United States District Judge.
20
21
    Date: _____          _____
22
                                            Signature
23
24
25
                                            Counsel for _____
26
                                            _____
27
28


REQUEST                                 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE JONES, ET AL., | No. C 08 -0938   JL |
| Plaintiffs, | |
| v. | CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE |
| FORESIGHT MANAGEMENT SERVICES, ET AL., | |
| Defendants. | |
| _____/ | |

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge. I understand that I am free to withhold consent to jurisdiction of this court and request reassignment to a district judge without adverse substantive consequences.

Date: _____                    _____
                                             Signature

<table>
<tr><td>1</td><td>Counsel for _____</td></tr>
<tr><td>2</td><td>_____</td></tr>
</table>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California