UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RONNIE JONES and MELECIO ARCIOSA,
individually and on behalf of all others
similarly situated
                      Plaintiff(s),

v.

FORESIGHT MANAGEMENT SERVICES,
LLC and JEREMY GRIMES,

                      Defendant(s).

CASE NO. CV-08-0938 JL

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process
✓    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference May 21, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Robert M. Pattison | Foresight Management Services, LLC and Jeremy Grimes | (415) 394-9400 | pattisonr@jacksonlewis.com |
| D. Alan Harris/ David S. Zelenski | Ronnie Jones and Melecio Arciosa | (323) 931-3777 | law@harrisandrubble.com dzelenski@harrisandrubble.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 5/13/08

                                                Attorney for Plaintiff

Dated: May 13, 2008

                                                Attorney for Defendant

Rev 12.05 When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RONNIE JONES and MELECIO ARCIOSA,
individually and on behalf of all others
similarly situated
                       Plaintiff(s),

CASE NO. CV-08-0938 JL

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

FORESIGHT MANAGEMENT SERVICES,
LLC and JEREMY GRIMES,

                       Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

        have not yet reached an agreement to an ADR process
✓       request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference May 21, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Robert M. Pattison | Foresight Management Services, LLC and Jeremy Grimes | (415) 394-9400 | pattisonr@jacksonlewis.com |
| D. Alan Harris/ David S. Zelenski | Ronnie Jones and Melecio Arciosa | (323) 931-3777 | law@harrisandrubble.com dzelenski@harrisandrubble.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

                                                        Attorney for Plaintiff

Dated: May 13, 2008

                                                        Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."