1  Alan Harris (SBN 146079)
   David Harris (SBN 215224)
2  David Zelenski (SBN 231768)
   HARRIS & RUBLE
3  5455 Wilshire Boulevard, Suite 1800
   Los Angeles, CA 90036
4  Telephone: (323) 931-3777
   Facsimile: (323) 931-3366
5
   Attorneys for Plaintiff
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | RONNIE JONES and MELECIO ARCIOSA, individually and on behalf of all others similarly situated, | Case No. CV 08-0938 JL |
|----|----|----|
| 12 | | **CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE** |
| 13 | | |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | FORESIGHT MANAGEMENT SERVICES, LLC, JEREMY GRIMES, and DOE ONE through and including DOE TEN, | |
| 17 | | |
| 18 | Defendants. | |

19
20
21
22
23
24
25
26
27
28

1  In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case—including trial—and order the entry of a final judgment. The undersigned voluntarily waives the right to proceed before a United States District Judge. The undersigned understands that Plaintiffs are free to withhold consent to jurisdiction of this Court and request reassignment to a District Judge without adverse substantive consequences.

Dated: May 16, 2008

HARRIS & RUBLE

　/s/

Alan Harris
*Attorneys for Plaintiffs*