<u>CIVIL MINUTES</u>

**Chief Magistrate Judge James Larson**          FTR 10:26-10:32 ( 06 min)
Date: **May 21, 2008**

Case No: **C08-0938  JL**

Case Name: **Ronnie Jones, et al v. Foresight Management, et al**

Plaintiff  Attorney(s): David Harris; Alan Harris
Defendant Attorney(s): Robert Pattison
Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                         **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Case referred to another MJ for settlement conference 90 days out.**
**Order to be prepared by:** [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 10-1-08 @ 10:30 a.m. for fur CMC
Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
          [ ] Jury  [ ]  Court


Notes: Discovery limited to certification for now. Court adopted counsel proposed schedule on page 11 of CMC statement.  Pltf to file amended complt w/in 2 weeks.


cc: Venice, Kathleen, Magref