UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MAGISTRATE WAYNE D. BRAZIL

CIVIL MINUTE ORDER

Date:   8-21-08                          Time: 2.5 hours

DOCKET NO.:   C 08-938 JL

TITLE OF CASE:   Jones v. Foresight Management

ATTORNEY(S):

Plaintiff:     Alan Harris; David Zelenski

Defendant:     Robert Pattison; Anne Leinfelder; Keith Simpson

### PROCEEDINGS

| | |
|---|---|
| [] INITIAL STATUS CONFERENCE | [X] SETTLEMENT CONFERENCE |
| [] FOLLOW-UP STATUS CONFERENCE | [] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [] DISCOVERY HEARING (FORMAL) |
| [] NONDISPOSITIVE MOTION (ORDER | [] EXAM. OF JUDGMENT DEBTOR |
| [] NONDISPOSITIVE MOTION (OPINION) | [] EVIDENTIARY HEARING |
| [] DISPOSITIVE MOTION | |
| [ ] OTHER: | |

NOTES

Mr. Pattison to call Magistrate Judge Brazil when Cal. budget is passed or by 9-11-08.  Magistrate
Judge Brazil will then call Mr. Harris regarding process prospects.