```
Robert M. Pattison (SBN 103528)
Anne V. Leinfelder (SBN 230272)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendants
FORESIGHT MANAGEMENT SERVICES,
LLC and JEREMY GRIMES
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE JONES and MELECIO ARCIOSA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORESIGHT MANAGEMENT SERVICES, LLC and JEREMY GRIMES,<br><br>Defendants. | Case No. CV-08-00938JL<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>Complaint Filed: 2/14/2008<br>Trial Date: None Set |

Plaintiff Ronnie Jones and Melecio Arciosa ("Plaintiffs") and Defendants Foresight Management Services LLC ("FMS") and Jeremy Grimes (jointly "Defendants") (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree to the following:

1. At the case management conference held on May 21, 2008, Judge Larson set a further case management conference for October 1, 2008, to follow the parties' settlement conference with Judge Wayne Brazil.

2. On August 21, 2008, the parties attended a settlement conference with Judge Wayne Brazil. The parties did not settle the case at that time.

3. The parties plan to attend a further settlement conference with Judge Brazil and are in the process of determining dates that will work for all parties.

1

STIPULATION AND PROPOSED ORDER    Case No. CV-08-00938 JL

4. In light of the further settlement conference, the parties believe a continuance of the case management conference until after the settlement conference will make for a more meaningful case management conference.

5. The parties request Court approval to continue the case management conference to December 17, 2008 at 10:30 a.m.

Thereby, the parties respectfully request a continuance of the case management conference to December 17, 2008.

Respectfully Submitted,

Dated: September 24, 2008   HARRIS & RUBLE

By: _____
Alan Harris
David Zelenski
Attorneys for Plaintiffs
RONNIE JONES and MELECIO ARCIOSA

Dated: September 24, 2008   NORTH BAY LAW GROUP

By: _____
David S. Harris
Attorney for Plaintiffs
RONNIE JONES and MELECIO ARCIOSA

Dated: September 24, 2008   JACKSON LEWIS LLP

By: _____
Robert M. Pattison
Anne V. Leinfelder
Attorneys for Defendants
FORESIGHT MANAGEMENT SERVICES, LLC and JEREMY GRIMES

/ / /

/ / /

/ / /

4. In light of the further settlement conference, the parties believe a continuance of the case management conference until after the settlement conference will make for a more meaningful case management conference.

5. The parties request Court approval to continue the case management conference to December 17, 2008 at 10:30 a.m.

Thereby, the parties respectfully request a continuance of the case management conference to December 17, 2008.

Respectfully Submitted,

Dated: September 24, 2008  HARRIS & RUBLE

By: _____
Alan Harris
David Zelenski
Attorneys for Plaintiffs
RONNIE JONES and MELECIO ARCIOSA

Dated: September 24, 2008  NORTH BAY LAW GROUP

By: _____
David S. Harris
Attorney for Plaintiffs
RONNIE JONES and MELECIO ARCIOSA

Dated: September 24, 2008  JACKSON LEWIS LLP

By: _____
Robert M. Pattison
Anne V. Leinfelder
Attorneys for Defendants
FORESIGHT MANAGEMENT SERVICES,
LLC and JEREMY GRIMES

///
///
///

2

STIPULATION AND PROPOSED ORDER                    Case No. CV-08-00938 JL

|   |   |
|---|---|
| 1 | <div align="center">~~PROPOSED~~ **ORDER**</div> |
| 2 | Based on the foregoing, and good cause so appearing, the Court hereby continues |
| 3 | the case management conference to December 17, 2008. |
| 4 | **IT IS SO ORDERED.** |

DATED: September 29, 2008

*/s/ James Larson*
The Honorable James Larson
United States Magistrate Judge

---

3

STIPULATION AND PROPOSED ORDER　　　　　　　　　　Case No. CV-08-00938 JL