1  Robert M. Pattison (SBN 103528)
   Anne V. Leinfelder (SBN 230272)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  Attorneys for Defendants
   FORESIGHT MANAGEMENT SERVICES,
6  LLC and JEREMY GRIMES

7                  UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10 RONNIE JONES and MELECIO ARCIOSA,        Case No. CV-08-00938JL
   individually and on behalf of all others similarly
11 situated,                                 **STIPULATION TO CONTINUE CASE
                                             MANAGEMENT CONFERENCE AND
12              Plaintiffs,                  [PROPOSED] ORDER**

13       v.
                                             Complaint Filed: 2/14/2008
14 FORESIGHT MANAGEMENT SERVICES,            Trial Date:      None Set
   LLC and JEREMY GRIMES,
15
                Defendants.
16

17

18       Plaintiff Ronnie Jones and Melecio Arciosa ("Plaintiffs") and Defendants Foresight

19 Management Services LLC ("FMS") and Jeremy Grimes (jointly "Defendants") (collectively

20 referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree to

21 the following:

22       1.      At the case management conference held on May 21, 2008, Judge Larson

23 set a further case management conference for October 1, 2008, to follow the parties' settlement

24 conference with Judge Wayne Brazil.

25       2.      On August 21, 2008, the parties attended a settlement conference with

26 Judge Wayne Brazil. The parties did not settle the case at that time.

27       3.      On September 29, 2008, Judge Larson continued the case management

28 conference to December 17, 2008, in light of the parties' planned further settlement conference

1 with Judge Brazil on November 18, 2008.

2     4.     On November 18, 2008, the parties attended a further settlement
3 conference with Judge Brazil. While the parties made progress, they did not settle the case.

4     5.     The parties agreed to perform data collection and analysis in preparation
5 for a further settlement conference with Judge Brazil, to be held December 15, 2008, before the
6 case management conference on December 17, 2008.

7     6.     The collection of data has proven to be a timely process, and accordingly,
8 the parties wish to continue the settlement conference to early January 2009.

9     7.     The parties believe a continuance of the case management conference until
10 after the further settlement conference will make for a more meaningful case management
11 conference.

12     8.     The parties request Court approval to continue the case management
13 conference to January 28, 2009, at 10:30 a.m.

14     Thereby, the parties respectfully request a continuance of the case management
15 conference to January 28, 2009 at 10:30 a.m.

17     Respectfully Submitted,
18 Dated: December 8, 2008     HARRIS & RUBLE

20 By: _____
21 Alan Harris
    David Zelenski
22 Attorneys for Plaintiffs
    RONNIE JONES and MELECIO ARCIOSA

24 Dated: December 8, 2008     NORTH BAY LAW GROUP

26 By: _____
27 David S. Harris
    Attorney for Plaintiffs
28 RONNIE JONES and MELECIO ARCIOSA

| | |
|---|---|
| Dated: December 8, 2008 | JACKSON LEWIS LLP |
| | By: /s/ Anne V. Leinfelder |
| | Robert M. Pattison |
| | Anne V. Leinfelder |
| | Attorneys for Defendants |
| | FORESIGHT MANAGEMENT SERVICES, LLC and JEREMY GRIMES |

## PROPOSED ORDER

Based on the foregoing, and good cause so appearing, the Court hereby continues the case management conference to January 28, 2009, at 10:30 a.m.

**IT IS SO ORDERED.**

DATED: December 9, 2008

_____
The Honorable James Larson
United States Magistrate Judge

---

3

STIPULATION AND PROPOSED ORDER | Case No. CV-08-00938 JL