Robert M. Pattison (SBN 103528)
Anne V. Leinfelder (SBN 230272)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendants
FORESIGHT MANAGEMENT SERVICES,
LLC and JEREMY GRIMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE JONES and MELECIO ARCIOSA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORESIGHT MANAGEMENT SERVICES, LLC and JEREMY GRIMES,<br><br>Defendants. | Case No. CV-08-00938JL<br><br>**STIPULATION OF SETTLEMENT AND TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Complaint Filed: 2/14/2008<br>Trial Date: None Set |

Plaintiff Ronnie Jones and Melecio Arciosa ("Plaintiffs") and Defendants Foresight Management Services LLC ("FMS") and Jeremy Grimes (jointly "Defendants") (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree to the following:

      1.    A case management conference is currently scheduled for January 28, 2009, at 10:30 a.m.

      2.    The parties, having concluded three mediation sessions under the guidance of the Honorable Magistrate Judge Wayne Brazil, have settled the class action, subject to the approval of this Court, and have settled Plaintiff Ronnie Jones' individual wrongful termination claim.

      3.    The parties are in the process of memorializing the settlement agreement,

1

and expect to file a motion for preliminary approval of the class action settlement shortly.

Thereby, the parties respectfully request this Court vacate the case management conference scheduled on January 28, 2009, at 10:30 a.m.

Respectfully Submitted,

Dated: January ___, 2009                    HARRIS & RUBLE

By: _____
Alan Harris
Attorney for Plaintiffs
RONNIE JONES and MELECIO ARCIOSA

Dated: January ___, 2009                    NORTH BAY LAW GROUP

By: _____
David S. Harris
Attorney for Plaintiffs
RONNIE JONES and MELECIO ARCIOSA

Dated: January 21, 2009                     JACKSON LEWIS LLP

By: _____
Robert M. Pattison
Anne V. Leinfelder
Attorneys for Defendants
FORESIGHT MANAGEMENT SERVICES,
LLC and JEREMY GRIMES

## PROPOSED ORDER

Based on the foregoing, and good cause so appearing, the Court hereby vacates the case management conference scheduled on January 28, 2009, at 10:30 a.m.

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable James Larson
United States Magistrate Judge

2

STIPULATION AND PROPOSED ORDER                    Case No. CV-08-00938 JL

and expect to file a motion for preliminary approval of the class action settlement shortly.

Thereby, the parties respectfully request this Court vacate the case management conference scheduled on January 28, 2009, at 10:30 a.m.

Respectfully Submitted,

Dated: January 21, 2009     HARRIS & RUBLE

By: _____
Alan Harris
Attorney for Plaintiffs
RONNIE JONES and MELECIO ARCIOSA

Dated: January 21, 2009     NORTH BAY LAW GROUP

By: _____
David S. Harris
Attorney for Plaintiffs
RONNIE JONES and MELECIO ARCIOSA

Dated: January 21, 2009     JACKSON LEWIS LLP

By: _____
Robert M. Pattison
Anne V. Leinfelder
Attorneys for Defendants
FORESIGHT MANAGEMENT SERVICES, LLC and JEREMY GRIMES

## ~~PROPOSED~~ ORDER

Based on the foregoing, and good cause so appearing, the Court hereby vacates the case management conference scheduled on January 28, 2009, at 10:30 a.m.

**IT IS SO ORDERED.** The Case Management Conference has been continued to April 8, 2009 at 10:30 a.m.

DATED: January 27, 2009

_____
The Honorable James Larson
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER     2     Case No. CV-08-00938 JL