```
 1  Alan Harris (SBN 146079)
    HARRIS & RUBLE
 2  5455 Wilshire Boulevard, Suite 1800
    Los Angeles, CA 90036
 3  Telephone: (323) 931-3777
    Facsimile: (323) 931-3366
 4
    David S. Harris (SBN 215224)
 5  NORTH BAY LAW GROUP
    901 Irwin Street
 6  San Rafael, CA 94901
    Telephone: (415) 460-5300
 7  Facsimile: (415) 460-5303

 8  Attorneys for Plaintiffs
    RONNIE JONES and MELECIO ARCIOSA
 9

10  Robert M. Pattison (SBN 103528)
    Anne V. Leinfelder (SBN 230272)
11  JACKSON LEWIS LLP
    199 Fremont Street, 10th Floor
12  San Francisco, California 94105
    Telephone: (415) 394-9400
13  Facsimile: (415) 394-9401

14  Attorneys for Defendants
    FORESIGHT MANAGEMENT SERVICES,
15  LLC and JEREMY GRIMES
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE JONES and MELECIO ARCIOSA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORESIGHT MANAGEMENT SERVICES, LLC and JEREMY GRIMES,<br><br>Defendants. | Case No. CV-08-00938JL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)(1)(A)(ii)] |

The parties hereto, by their undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that Plaintiff RONNIE JONES' Claim for

---

1

Stipulation for Dismissal With Prejudice                    Case No. CV-08-00938 JL

Wrongful Termination against Defendant FORESIGHT MANAGEMENT SERVICES, LLC, the Seventh Claim for Relief in this matter, shall be and hereby is dismissed with prejudice, each party to bear its own attorney's fees and costs.

Dated: March 4, 2009          HARRIS & RUBLE

                              By: _____
                                  Alan Harris
                                  Attorney for Plaintiffs
                                  RONNIE JONES and MELECIO ARCIOSA

Dated: March 3, 2009          NORTH BAY LAW GROUP

                              By: _____
                                  David S. Harris
                                  Attorney for Plaintiffs
                                  RONNIE JONES and MELECIO ARCIOSA

Dated: March 9, 2009          JACKSON LEWIS LLP

                              By: _____
                                  Robert M. Pattison
                                  Anne V. Leinfelder
                                  Attorneys for Defendants
                                  FORESIGHT MANAGEMENT SERVICES,
                                  LLC and JEREMY GRIMES

**IT IS SO ORDERED.**

_____
CHIEF MAGISTRATE JUDGE JAMES LARSON
UNITED STATES DISTRICT COURT

Dated: _____April 2_____, 2009

2

Stipulation for Dismissal With Prejudice                     Case No. CV-08-00938 JL