Robert M. Pattison (SBN 103528)
Anne V. Leinfelder (SBN 230272)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendants
FORESIGHT MANAGEMENT SERVICES,
LLC and JEREMY GRIMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE JONES and MELECIO ARCIOSA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORESIGHT MANAGEMENT SERVICES, LLC and JEREMY GRIMES,<br><br>Defendants. | Case No. CV-08-00938JL<br><br>**STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Complaint Filed: 2/14/2008<br>Trial Date: None Set |

Plaintiff Ronnie Jones and Melecio Arciosa ("Plaintiffs") and Defendants Foresight Management Services LLC ("FMS") and Jeremy Grimes (jointly "Defendants") (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree to the following:

1. A case management conference is currently scheduled for May 20, 2009, at 10:30 a.m.

2. The parties, having concluded three mediation sessions under the guidance of the Honorable Magistrate Judge Wayne Brazil, have settled both Plaintiff Ronnie Jones' individual claim as well as the class action, subject to approval of this Court.

3. The parties have entered into a settlement agreement regarding Plaintiff Jones' individual claim and an Order dismissing Plaintiff Jones' Seventh Cause of Action was

1
STIPULATION AND PROPOSED ORDER                         Case No. CV-08-00938 JL

entered by the Court on or about April 2, 2009.

4. On May 13, 2009, the parties memorialized and entered into a Stipulation of Settlement in the class action. The parties are in the process of drafting a Motion for Preliminary Approval, which is expected to be filed with the Court in the next 30 days.

5. Therefore, the parties respectfully request this Court vacate the case management conference scheduled on May 27, 2009, at 10:30 a.m.

Respectfully Submitted,

Dated: May ___, 2009    HARRIS & RUBLE

By: _____
Alan Harris
Attorney for Plaintiffs
RONNIE JONES and MELECIO ARCIOSA

Dated: May ___, 2009    NORTH BAY LAW GROUP

By: _____
David S. Harris
Attorney for Plaintiffs
RONNIE JONES and MELECIO ARCIOSA

Dated: May ___, 2009    JACKSON LEWIS LLP

By: _____
Robert M. Pattison
Anne V. Leinfelder
Attorneys for Defendants
FORESIGHT MANAGEMENT SERVICES, LLC and JEREMY GRIMES

## PROPOSED ORDER

Based on the foregoing, and good cause so appearing, the Court hereby vacates the Case Management Conference scheduled on May 27, 2009, at 10:30 a.m.

**IT IS SO ORDERED.**

DATED: _____

The Honorable James Larson
United States Magistrate Judge

entered by the Court on or about April 2, 2009.

4. On May 13, 2009, the parties memorialized and entered into a Stipulation of Settlement in the class action. The parties are in the process of drafting a Motion for Preliminary Approval, which is expected to be filed with the Court in the next 30 days.

5. Therefore, the parties respectfully request this Court vacate the case management conference scheduled on May 27, 2009, at 10:30 a.m.

Respectfully Submitted,

Dated: May 15, 2009     HARRIS & RUBLE

By: _____
Alan Harris
Attorney for Plaintiffs
RONNIE JONES and MELECIO ARCIOSA

Dated: May 15, 2009     NORTH BAY LAW GROUP

By: _____
David S. Harris
Attorney for Plaintiffs
RONNIE JONES and MELECIO ARCIOSA

Dated: May ___, 2009     JACKSON LEWIS LLP

By: _____
Robert M. Pattison
Anne V. Leinfelder
Attorneys for Defendants
FORESIGHT MANAGEMENT SERVICES, LLC and JEREMY GRIMES

**PROPOSED ORDER**

Based on the foregoing, and good cause so appearing, the Court hereby vacates the Case Management Conference scheduled on May 27, 2009, at 10:30 a.m.

**IT IS SO ORDERED.**

DATED: _____

The Honorable James Larson
United States Magistrate Judge

2

STIPULATION AND PROPOSED ORDER                Case No. CV-08-00938 JL

entered by the Court on or about April 2, 2009.

    4.  On May 13, 2009, the parties memorialized and entered into a Stipulation of Settlement in the class action. The parties are in the process of drafting a Motion for Preliminary Approval, which is expected to be filed with the Court in the next 30 days.

    5.  Therefore, the parties respectfully request this Court vacate the case management conference scheduled on May 27, 2009, at 10:30 a.m.

              Respectfully Submitted,

Dated: May ___, 2009    HARRIS & RUBLE

By: _____
Alan Harris
Attorney for Plaintiffs
RONNIE JONES and MELECIO ARCIOSA

Dated: May ___, 2009    NORTH BAY LAW GROUP

By: _____
David S. Harris
Attorney for Plaintiffs
RONNIE JONES and MELECIO ARCIOSA

Dated: May 15, 2009    JACKSON LEWIS LLP

By: _____
Robert M. Pattison
Anne V. Leinfelder
Attorneys for Defendants
FORESIGHT MANAGEMENT SERVICES, LLC and JEREMY GRIMES

## PROPOSED ORDER

Based on the foregoing, and good cause so appearing, the Court hereby vacates the Case Management Conference scheduled on May 20, 2009, at 10:30 a.m.

**IT IS SO ORDERED.** Case Management Conference has been continued to July 29, 2009 at 10:30 a..m.

DATED: May 18, 2009

_____
The Honorable James Larson
United States Magistrate Judge

2

STIPULATION AND PROPOSED ORDER    Case No. CV-08-00938 JL