


1  Alan Harris (SBN 146079)
   David Zelenski (SBN 231768)
2  HARRIS & RUBLE
   5455 Wilshire Boulevard, Suite 1800
3  Los Angeles, CA 90036
   Telephone: (323) 931-3777
4  Facsimile: (323) 931-3366

5  David S. Harris (SBN 215224)
   NORTH BAY LAW GROUP
6  901 Irwin Street
   San Rafael, CA 94901
7  Telephone: (415) 460-5300
   Facsimile: (415) 460-5303
8
   Attorneys for Plaintiffs
9  RONNIE JONES and MELECIO ARCIOSA

10

   Robert M. Pattison (SBN 103528)
11 Anne V. Leinfelder (SBN 230272)
   JACKSON LEWIS LLP
12 199 Fremont Street, 10th Floor
   San Francisco, California 94105
13 Telephone: (415) 394-9400
   Facsimile: (415) 394-9401
14
   Attorneys for Defendants
15 FORESIGHT MANAGEMENT SERVICES,
   LLC and JEREMY GRIMES
16
                    UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18

19

| | |
|---|---|
| RONNIE JONES and MELECIO ARCIOSA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORESIGHT MANAGEMENT SERVICES, LLC and JEREMY GRIMES,<br><br>Defendants. | Case No. CV-08-00938JL<br><br>**PLAINTIFFS RONNIE JONES' AND MELECIO ARCIOSA'S AND DEFENDANTS FORESIGHT MANAGEMENT SERVICES, LLC's AND JEREMY GRIMES' UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>Complaint Filed: 2/14/2008<br>Trial Date: None Set |

1
UPDATED JOINT CASE MANAGEMENT STATEMENT       Case No. CV-08-00938 JL

Pursuant to this Court's Order Setting Initial Case Management Conference, Civil Local Rule 16-9 and the Standing Order, Plaintiffs Ronnie Jones and Melecio Arciosa ("Plaintiffs") and Defendants Foresight Management Services, LLC ("FMS") and Jeremy Grimes (jointly "Defendants") (collectively referred to as the "Parties"), by and through their respective counsel, submit the following Joint Case Management Conference Statement.

**A.   Facts/Description of the Case**

On February 14, 2008, Plaintiffs Ronnie Jones and Melecio Arciosa filed a class action complaint in the U.S. District Court for the Northern District of California, alleging Labor Code violations, FLSA violations, California Business & Professions Code §17200 et seq. violations, unfair competition and Wrongful Termination in Violation of Public Policy of Plaintiff Ronnie Jones. Plaintiffs seek to represent a class of "all natural persons who were issued one or more paychecks by FMS in California during the period beginning four years prior to the filing of th[e] Complaint," or February 14, 2004, to the present.

**B.   Procedural Status**

The parties engaged in initial discovery, with a primary focus on reaching a settlement. The discovery conducted included the depositions of Plaintiff Jones, Defendant Jeremy Grimes, and defense witnesses Ezekial Griffin II and Bayinnah Moore. In addition, Defendant FMS provided the following documents to Plaintiffs: Plaintiffs' personnel files, treatment authorization requests (TARS), Plaintiffs' pay history reports, Plaintiffs' punch detail reports (records of hours worked), and the punch detail reports of 32 selected employees.

FMS provided Plaintiffs with the punch detail reports of a select number of employees during the class period to allow for the calculation of unpaid overtime for the sample. Defendants provided to Plaintiffs lists of employees from the five FMS-owned facilities, starting at the beginning of the class period. Plaintiffs' expert selected a random sample of employees from these lists for whom Defendants collected the punch detail reports. On December 31, 2008, Defendants provided to Plaintiffs the punch detail reports of 32 employees. The parties calculated the unapproved and unpaid overtime in this employee sample to arrive at an estimated amount to discuss at the settlement conference.

1     On January 15, 2009, at the third settlement conference with Judge Brazil, the parties settled the entire matter, including Plaintiff Ronnie Jones' individual wrongful termination claim which has since been dismissed with prejudice.

    Plaintiffs have filed their Motion for Conditional Certification of Settlement Class, Preliminary Approval of Class Action Settlement, and Appointment of Claims Administrator ("Motion"). Defendants do not oppose Plaintiffs' Motion. The parties are prepared to move forward with the proposed calendar set forth in Plaintiffs' Motion upon the Court's conditional certification of the class, preliminary approval of the class action settlement, and appointment of the Claims Administrator.

    In light of Court clerk's inquiry regarding whether or not the hearing on Plaintiffs' Motion should be vacated, and the fact the parties have reached a settlement, the parties agree that the hearing on Plaintiffs' Motion for July 29, 2009 can be vacated. Plaintiffs will file a Proposed Order Granting their Motion, which Defendants approve, on July 16, 2009. Finally, unless the Court requires the appearance of the parties at the Case Management Conference, the parties stipulate that the Conference is no longer necessary and may also be vacated upon the Court's approval.

Dated: July 15, 2009     HARRIS & RUBLE

By:   /s/ Alan Harris
Alan Harris
David Zelenski
Attorneys for Plaintiffs
RONNIE JONES and MELECIO ARCIOSA

Dated: July 15, 2009     NORTH BAY LAW GROUP

**SO ORDERED**

_[signature]_
**JAMES LARSON
U.S. MAGISTRATE JUDGE**

By:   /s/ David S. Harris
David S. Harris
Attorney for Plaintiffs
RONNIE JONES and MELECIO ARCIOSA




| | |
|---|---|
| 1 | |
| 2 | Dated: July 15, 2009     JACKSON LEWIS LLP |

Dated: July 15, 2009                JACKSON LEWIS LLP

By:     /s/ Anne V. Leinfelder
Robert M. Pattison
Anne V. Leinfelder
Attorneys for Defendants
FORESIGHT MANAGEMENT SERVICES,
LLC and JEREMY GRIMES

H:\F\Foresight Management Services-Jones - Kauf - 121595\Jones-Ronnie - 121595\Pleadings\20090715 Updated Joint CMC.doc