Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

David S. Harris (SBN 215224)
NORTH BAY LAW GROUP
116 East Blithedale Avenue, Suite 2
Mill Valley, California 94941
Telephone: (415) 388-8788
Facsimile: (415) 388-8770
dsh@northbaylawgroup.com

*Attorneys for Plaintiff*
*RONNIE JONES and MELECIO ARCIOSA*

Robert M. Pattison (SBN 103528)
Anne V. Leinfelder (SBN 230272)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

*Attorneys for Defendants*
*FORESIGHT MANAGEMENT SERVICES, LLC*
*and JEREMY GRIMES*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE JONES and MELECIO ARCIOSA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORESIGHT MANAGEMENT SERVICES, LLC and JEREMY GRIMES,<br><br>Defendants. | Case No. CV-08-00938JL<br><br>**STIPULATION CONTINUING FINAL-APPROVAL HEARING DATE**<br><br>Current Date: January 13, 2010<br>Current Time: 9:30 a.m.<br>Courtroom: F<br><br>New Date: January 27, 2010<br>Current Time: 9:30 a.m.<br>Courtroom: F |

Plaintiff Ronnie Jones and Melecio Arciosa and Defendants Foresight Management Services LLC and Jeremy Grimes, by and through their counsel of record, hereby stipulate and agree to the following:

1. The final-approval hearing date is continued from 9:30 a.m. on January 13, 2010, to 9:30 a.m. on January 27, 2010.

2. All papers in support of final approval shall be filed on or before December 23, 2009.

3. Plaintiffs' motion for an award of attorney's fees and reimbursement of costs shall be filed on or before December 23, 2009.

Dated: October 23, 2009    HARRIS & RUBLE

By: _____/s/_____
Alan Harris
David Zelenski
Attorneys for Plaintiffs
RONNIE JONES and MELECIO ARCIOSA

Dated: October 23, 2009    JACKSON LEWIS LLP

By: _____/s/_____
Robert M. Pattison
Anne V. Leinfelder
Attorneys for Defendants
FORESIGHT MANAGEMENT SERVICES, LLC and JEREMY GRIMES

## ~~PROPOSED~~ ORDER

Based on the foregoing, and good cause so appearing, the Court hereby continues the final-approval hearing to 9:30 a.m. on January 27, 2010. All papers in support of final approval, as well as Plaintiff's motion for an award of attorney's fees and reimbursement of costs, shall be filed on or before December 23, 2009.

**IT IS SO ORDERED.**

DATED: October 27, 2009

*/s/ James Larson*
The Honorable James Larson
United States Magistrate Judge