Robert M. Pattison (State Bar No. 103528)
Anne V. Leinfelder (State Bar No. 230272)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: pattisonr@jacksonlewis.com
E-mail: leinfeldera@jacksonlewis.com

Attorneys for Defendants
FORESIGHT MANAGEMENT SERVICES,
LLC and JEREMY GRIMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE JONES and MELECIO ARCIOSA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORESIGHT MANAGEMENT SERVICES, LLC and JEREMY GRIMES,<br><br>Defendants. | Case No. CV-08-00938 JL<br><br>**SUBSTITUTION OF COUNSEL BY DEFENDANT FORESIGHT MANAGEMENT SERVICES, LLC;** [PROPOSED] **ORDER**<br><br>Complaint Filed: 2/14/2008<br>Trial Date: None Set |

TO THE HONORABLE JAMES LARSON AND ALL COUNSEL OF RECORD HEREIN:

    PLEASE TAKE NOTICE that Defendant FORESIGHT MANAGEMENT SERVICES, LLC hereby substitutes the Law Offices of Keith F. Simpson as its counsel of record in place and stead of Jackson Lewis LLP. The contact information for Defendant FORESIGHT MANAGEMEMENT SERVICES, LLC's new counsel is as follows:

    Keith F. Simpson (State Bar No. 196014)
    Law Offices of Keith F. Simpson,
    A Professional Corporation
    Manhattan Towers
    1230 Rosecrans Avenue, Suite 170
    Manhattan Beach, California 90266
    Telephone: (310) 297-9090
    Facsimile: (310) 297-9190
    E-mail: keith@simpsonlaw.net

1

|  |  |
|---|---|
| 1 | I, Jeremy Grimes, President of Foresight Management, LLC, hereby consent to |
| 2 | this substitution of counsel. |
| 3 | |
| 4 | Dated: ~~January~~ June 11, 2010         By: _____ |
|   |                                              Jeremy Grimes |
| 5 |                                              President |
|   |                                              Foresight Management Services, LLC |

I, Keith F. Simpson, hereby consent to substitute in as counsel of record for Defendant FORESIGHT MANAGEMENT SERVICES, LLC.

Dated: ~~January~~ June 11, 2010         LAW OFFICES OF KEITH F. SIMPSON

By: _____
Keith F. Simpson
New Attorneys for Defendant
FORESIGHT MANAGEMENT SERVICES, LLC

I, Robert M. Pattison, as lead counsel for Jackson Lewis LLP, hereby consent to substitute out as counsel for Defendant FORESIGHT MANAGEMENT SERVICES, LLC.

Dated: January 28, 2010         JACKSON LEWIS LLP

By: _____
Robert M. Pattison
Anne V. Leinfelder
Former Attorneys of Record for Defendants
FORESIGHT MANAGEMENT SERVICES, LLC and JEREMY GRIMES

**[PROPOSED] ORDER**

IT IS SO ORDERED:

Date: Jume 21, 2010         By _____
James Larson, Chief Magistrate Judge
U.S. District Court, Northern California

2

SUBSTITUTION OF COUNSEL FOR DEFENDANT
FORESIGHT MANAGEMENT, LLC; [PROPOSED] ORDER         Case No. CV-08-00938 JL